*Court Copy*

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE *Northern* DISTRICT OF TEXAS
### *Dallas* DIVISION

*Phillip B. Ashdown #48934*
Plaintiff's Name and ID Number

*Denton County Jail*
Place of Confinement

319 - CV0106 - B
CASE NO._____
(Clerk will assign the number)

*FILED NORTHERN DIST. OF TX 2019 JAN 14 PM 12: 19 CLERK U.S. DISTRICT COURT DEPUTY CLERK*

(A) v. *Denton County, D.C.S.O, D.C.CH+*
*127 N. Woodrow Ln*
*Denton, TX 76205*
Defendant's Name and Address

*Denton county Jail* D.C.S.O.
*127 N. Woodrow Ln Denton TX 76205*
Defendant's Name and Address

(B) *Sheriff Tracy Murphy* D.C.S.O.
Defendant's Name and Address
( DO NOT USE "ET AL.") *[See Cont pages 3, 3(A) & 3(B)]*

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.   In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.   You must also include a current six-month history of your inmate trust account.   If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915.   Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.   If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.   Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.   Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.   Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

   A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _✓_YES___NO

   B.   If your answer to "A" is "yes," describe each lawsuit in the space below.   (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.   Approximate date of filing lawsuit: *2011*

   2.   Parties to previous lawsuit:
        Plaintiff(s) *Phillip B. Ashdown.*
        Defendant(s) *Prison Health srvcs et al*

   3.   Court: (If federal, name the district; if state, name the county.) *Northern dist of Nevada*

   4.   Cause number: *3:11-CV-00932*

   5.   Name of judge to whom case was assigned: *Judge Larry Hicks*

   6.   Disposition:  (Was the case dismissed, appealed, still pending?) *Settled out of court.*

   7.   Approximate date of disposition: *2014-2015*

II.   PLACE OF PRESENT CONFINEMENT: _Denton County Jail_ 127. N. Woodrow Ln Denton, TX 76205

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. _(See exhibits #'s 1 & 2_

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Phillip B. Ashdown # 48934_
_Denton County Jail (Pod #11) 127 N. Woodrow Ln_
_Denton, TX 76205_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

① Defendant #1: _Denton County, Texas. (County Manger)_
_Ignored my requests for help over assault on me by Jeff_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _Caused_
_& Established & implemented policies & procedures at D.C.S.O. that Viol-_
_ations of my 8th amendment constitutional & 14th rights_

② Defendant #2: _Denton County Jail 127 N. Woodrow Ln_
_Denton, TX 76205_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_allowed its officers to assault me in a wheelchair_
_by implementing unconstitutional procedures & policies_

③ Defendant #3: _Denton County D.A. Paul Johnson_
_Violated my 8th & 14th constitution rights by obstructing justice &_
_failing to render aid when crimes were done against me._
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Refused to aid in upholding my 14th amendment rights_

④ Defendant #4: _Denton County Correctional Health_
_(Jail Medical dept) 127 N. Woodrow Ln Denton, TX 76205_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Violated My 8th and 14th amendment rights by deliberate_
_indifference in multiple ways causing permanent injury to me_

⑤ Defendant #5: _Sheriff Tracy Murphy - Sheriff -_
_127 N. Woodrow Ln Denton, TX 76205_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _failed to_
_respond and render aid to my pleas for due process and_
_equal protection in violation to my 14th amendment & 8th_
_rights & refused to stop the abuses I was continually_
_being subjected to by his D.C.S.O. staff & his D.C.C.H_
_medical departments deliberate indifference resulting_
_in violations of my rights & permanent physical injury_
_because of his failure to act & obstruction of justice_

③

Parties to this suit Cont'd

⑥ Defendant #6: Chief Deputy Xaver
violated my 8th & 14th amendment rights by obstructing
justice in his failure to provide equal protection to me
for me to have a formal Police report filed against the 4
DSO. officers who assaulted me so I could present it to
the D.A. for Grand Jury prosecution by allowing deliberate indifference.

⑦ Defendant #7: D.O. Lt. Alambar
refused also to allow me to have a patrol officer to come
in off the streets & file a report for me in Violation of my
8th & 14th amendment rights (obstruction) and refused to provide
me with names of all parties who assaulted me & video footage

⑧ Defendant #8: D.O. Ethan Keith (d.o)
violated my 8th & 14th amendment rights by assault-
ing me via use of excessive force by ripping me out of
my wheelchair splitting my forehead & rupturing my
eardrum resulting for permanent physical injury.

⑨ Defendant #9: D.O. Gothwald (d.o) also
assaulted me via excessive force, failed also to
stop the assault by his fellow officer resulting in violat-
ions of my 8th & 14th rights resulting in permanent
physical injury. Criminal negligence causing harm.

⑩ Defendant #10: D.O. McKyle (csl) violated
my 8th & 14th amendment rights by failing to stop the
assault against me while in control of the D.O.'s
that came in and used excessive force upon
me resulting in permanent physical injury
to my jaw, face, and right ear (ruptured eardrum)

3 (A)

# Parties to this suit Cont'd

11) Defendant #11: D.O. Curley (Jane Doe?) Failed to stop the excessive force attack upon me as she filmed my cell move denied me medical aid at medical in violation of my 8th & 14th amendment rights & was also responsible for the assault against me causing physical injury

12) Defendant #12: Nurse Jane Doe violated my 8th amendment rights & 14th rights by refusing me the urgent emergency medical care I needed of stitches in my chin & medical care for my ruptured ear drum resulting in permanent hearing loss & jaw injury

13) Defendant #13: D.C.C.H. Director Matt Richules Failed to respond to my grievences or render aid in my plea for medical help due to the deliberate in-difference to my serious medical needs by his staff re-sulting in my continual wanton pain & suffering

14) Defendant #14: D.C.C.H. Chief Medical officer Mr. Sanders, Failed to stop the 8th & 14th amendment vio-lations by his doctors & staff of continual deliberate indiffer-ence, denied allowing me to see him, implemented policies & procedures that resulted in unnecessary & wanton inflic-ion of pain & suffering due to his failure to act.

15) Defendant #15: John Kissenger (Captain of Medical) violated my 8th & 14th amendment rights to be free from deliberate indifference to my serious medical needs by failing to provide proper & effective care for me for the injuries his fellow D.C.S.O. cops inflicted on me & implemented & enforced policies & procedures that

3 (B)

suffering because of continual denial of proper care and proper previously prescribed medication for my chronic severe neurological disability by failure to act

(16) Defendant #16: Dr. Marty Buchannan has violated my 8th & 14th rights by failing to properly care for me, denies me my necessary proper medications and refuses (w/John Kissenger) to provide me with help to fix wheelchair problems on my personal chair, denies me medication refills for long periods of time, refuses to aid me resulting in permanent physical injury

(17) Defendant #17: Nurse Edgar constantly violated my 8th & 14th amendment rights by being deliberately indifferent to my serious medical needs by interferring w/ my obtainment of necessary medications, caused my prosthetic knee to be broken resulting in my inability to walk resulting in severe atrophy & muscular damage & injury.

(18) Defendant #18: Sgt Gourley - improperly handled w/ excessive force my stump tube causing severe damage to it & stole my black leg brace w/ metal bars in them by failing to follow his required duties and proper rules resulting in damage to my tube & injury & in violation of my 8th & 14th rights.

(19) Defendant #19: D.O. Boggs (jr) failed to also follow his proper rules & regulations resulting in the breaking of my stump tube in violation of my 8th & 14th amendment rights causing permanent injury physically due to severe atrophy to my muscles for inability to walk.

(20) Defendant #20: Denton County Administration violation to my 8th & 14th amendment rights by implimenting & practicing unconstitutional policies & procedures, failing to act or render aid via their corrupt & broken & ineffective grievance system, failing to properly train their officers, supervise them, prevent negligence

medical officers which has resulted in permanent physical injury to me.

21) Defendant # 21: Denton County Correctional Health has failed to stop the unconstitutional acts of deliberate indifference by its improperly trained & supervised staff and implements unlawful practices & procedures resulting in my injury. 8th & 14th amendments.

22) Defendant # 22: Chief Deputy Dewayne Dockery violated my 14th amendment rights by obstructing justice & denying my equal protection rights to have a police report filed w/ the D.A for his officers that assaulted me by excessive force.

23) Defendant # 23: Mail room supervisor D.O. Jr. Karaklashevich violated my 1st & 14th amendment rights by interfering & denying my ability to freely access the courts, and properly serve my defendants in suits & denied my mail.

24) Defendant # 24: Admin Specialist Kozabacher violated my 14th & 8th amendment rights by failing to act to stop corruptive administrative fraud upon my inmate medical & money account charges by illegal practices.

25) Defendant # 25: D.O. Kerpareck in mail room failed to act to prevent or stop hinderances of my mail and access to the courts in violation of my 1st & 14th amendment rights.

26) Defendant # 26: Captain Michael Tuttl violated my 8th & 14th amendment rights by failing to act to stop the denial of my equal protection rights to have a patrol officer come in and file a police report for me for the assault against me by his detention officers and also obstructed justice for me by helping to keep information from me of defendants names in violation of my 8th, 14th, & 14th amendment rights

and helped to hinder & prevent a real investigation to be done to expose the excessive force illegal & abuse assault against me and denied me the 14th amendment rights to proper due process and equal protection by refusing to "Cross" file charges against this corrupt detention officers that clearly broke his own rules & regulations and implimented & practiced unconstitutional policies that violated my equal protection rights.

(27) Defendant #27: Sergent Coats violated my 8th & 14th amendment rights by failing to act and properly afford me equal protection and have a police report taken and filed for me for the assault against me by his detention officers and denied me my 8th & 14th amendment rights by refusing to "Cross file" charges on the officers that assaulted me and violated my rights by obstructing justice sought by a victim (a disabled pre-trial detainee in a wheelchair) in violation of 1st, 4th, 5th, 8th & 14th amendments.

(28) Defendant #28 Texas Ranger Clair barnes violated my 8th, 1st, 4th, 5th and 14th amendment rights by aiding in obstruction of justice along with Chief Caver, sheriff Tracy Murphy, LT. Michael titt, Chief deputy

dwayne Dockery, Sgt Coats, Sgt Gousley, and the D.C.S.O investigations dept in the cover up and prevention of filing an official police report to present to a grand jury & the D.A's office for the formal prosecution of the 4 officers that illegally and unconstitutionally assaulted me (a newly amputated disabled pre-trial detainee) by way of unnecessary & unwarranted excessive and abusive force. He also has failed to act to help me obtain the necessary video footage of said incident on 3/2/18 in conspiracy to cover up said crime w/ Chief Carver & Chief Dockery & Tracy Murphy.

3F

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

This 42 U.S.C.A. § 1983 civil rights Lawsuit is being filed against defendants (#1 - 28 (see pages 3-3A) for continuing violations of civil rights under amendments 1st, 4th, 5th, 8th, and 14th for unlawful excessive force assault upon a disabled, newly amputated, pre-trial detainee by unwarranted and unnecessary use of excessive force resulting in permanent physical injury, continued acts      (cont'd on 4A, 4B)

VI.   RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

① I seek relief of $4,000,000.00 for the permanent physical injuries I have (cont'd 4C)

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Phillip B. Ashdown, Phillip Bryon Ashdown

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

SID# 06780499   FBI# 852992 VA5

VIII.   SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): N/A

2.  Case number: N/A

3.  Approximate date sanctions were imposed: N/A

4.  Have the sanctions been lifted or otherwise satisfied?   N/A   ____YES ____NO

4

# Statement of Claim Cont'd V

of failure to render help to stop abuses,
⑤ obstruction of justice, ⑥ failure to uphold
my 1st, 5th, 4th & 14th, & 5th amendment
rights to equal protection & due process &
evidence obtainment, ⑥ conspiracy to cover
up an assault upon an inmate, ⑥ denial of
necessarry emergency medical care needed
because of the illegal assault upon me by
D.C.S.O. staff, ⑦ denial of proper medical care,
⑧ medical negligence, deliberate indifference
to my serious medical needs, ⑨ denial of proper
previously prescribed medications to kontrol
severe spastic shaking due to my chronic
neurological disability, ⑩ failure to act to
stop deliberate indifference resulting in the
unnecessarry & wanton infliction of pain &
suffering in violation of my 8th & 14th amend-
ment rights ⑫ theft and destruction of my
personal (medically necessary), medical property
of stump tubes & block velcro leg braces, ⑬ refusal
to stop interfering in proper & necessarry distribu-
tion of prescribed medication, ⑭ denial of proper and
unimpeded access to the courts and mail, ⑮ denial
of requested video evidence ⑯ denial of allowment to
recieve information on defendants ⑰ refusal to up-
hold my 14th amendment rights to equal protection
to have a formal police report filled and present-
ed to a grand jury for indictment and full

4(A)

prosecution of the 4 officers who unlawfully
and unconstitutionally assaulted me (a
disabled pre-trial detainee-amputee) (18) Refus-
al to replace the personal property of mine
they broke and stole from me in clear
violation of their own rules, regulations,
policies and procedures (19) failure of them
to provide me with outside necessary
medical care needed due to 50% loss
of my hearing due to the deliberate indiff-
erence to my serious medical needs, (20)
criminal negligence resulting in the
permanent physical injury to my face,
jaw, ears, residual limbs, hands, back.
(21) Failure to prevent hinderances in my grievence
processes (22) failure of medical assistance to
maintain my wheelchair (23) denial of my
proper ability to finish the grievence proced-
ures on all levels because of violating their
own rules and regulations. (24) illegal adminis-
trative fraud upon my inmate money acct
by charging me for medications and care
I am not receiving (25) obstruction of my
ability to have federal authorities to come
help me (26) obstruction of justice (27) denial of
necessary medications (28) refusal of needed
assistance in obtaining prosthetic assistance & access
in violation of my (4 B) 8th & 14th amendment rights

# Relief VI Cont'd

suffered due to the unlawful and un-
constitutional, abusive assault on me as
well as for the mental anguish and psyco-
logical injuries I now continue to suffer
due to said assault on me. ② I request the
courts intervention to assist me in the obta-
inment of justice by the formal charges
of assault being filed upon the 4 officers
responsible for the excessive force upon
me resulting in assault by criminal neglig-
ence and the formal prosecution and indict-
ment for said crime and ③ I request $20,000.00
in punitive and compensatory damages from
each defendant in individual capacity (and
official capacity) for the violations of my
constitutional rights by them because of
criminal acts, negligence, deliberate indiff-
erence, medical negligence, official oppression,
failure to act, denial of proper care & treatment,
administrative fraud, denial of due process &
equal protection, and obstruction of justice ④
I also seek injunctive relief of federal interven-
tion by Dept of Justice + full investigation &
oversight of the unlawful practices & pro-
cedures, policies and abusive treatment of
Denton County Jail pre-trial detainees & in-
mates to prevent any further harm to me,

## Relief VI Cont'd

⑤ I request T.P.O. assistance and order for immeadiate issuance of all my proper necessarry previously prescribed Neurological medications ⑥ I request immeadiate replacement of the stump tubes they broke of mine ⑦ I request the immeadiate replacement of the black velcro leg braces w/ bars in them they stole from me to prevent knee pull back ⑧ I request all the reversal of medical charges placed on me by administrative fraud ⑨ I request immeadiate T.P.O. help in getting the proper outside medical care and help for my hearing loss caused by the unlawful assault on me by D.C.S.O. staff defendants and ⑩ I request the Federal Marshalls to be sent here to prosecute & arrest all ranking officials that have worked in con-spiracy to obstruct, allow, cover-up, and hinder this plea of mine too obtain justice for the abusive illegal assault upon me as a disabled pre-trial detainee & charge them all accordingly with Kriminal charges.

Thank you.

4 ⑧

C.  Has any court ever warned or notified you that sanctions could be imposed? *N/A* _____ YES ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____ *N/A* _____

    2.  Case number: _____ *N/A* _____

    3.  Approximate date warning was issued: _____ *N/A* _____

Executed on: _____ *1/14/19* _____
             DATE

                                        *Phillip B. Ashdown*
                                          (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ *Fourth* _____ day of _____ *January* _____, 20 *19*.
                   (Day)                    (month)           (year)

                                          *Phillip B. Ashdown*
                                          (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Exhibit #.1

\* D.C.S.O. \*

Final

Grievence

answers.

A) Resolved
B) Hindered
C) abandoned        1st & 8th
D) denzed by        & 14th.
Admin Fraud         Violations

Exhibit #1

(9)

If an inmate feels that his or her complaint has not been satisfactorily resolved through informal means, the inmate should submit a written statement of the complaint to the Grievance Officer through the electronic grievance system... If there is a matter that needs to be addressed on an emergency basis, write "emergency" at the top of the content of the grievance. You may also contact the Shift Supervisor immediately. It will be directed to the Jail Administrator. The Jail Administrator shall have sole discretion in determining whether the matter needs to be addressed as an emergency. All requests will be reviewed. There will be no reprisals taken against any inmate for the filing of a grievance.

Grievances and Appeals must be clearly stated and in writing. The grievance should include the specific dates, times, names of those involved and the detailed specific allegations (who, what, when, where, why, and how).

There can only be **ONE ISSUE** per grievance filed. If the grievance does not meet the above criteria of a grievance, or does not contain the specific information of the grievance, or contains more than one grievance, it will be closed administratively.

A grievance is considered exhausted when an inmate timely files appeal at every level.

### GENERAL GRIEVANCES

All General grievances will be referred to the inmate Jail Grievance Board. The Jail Grievance Board will determine whether the grievance meets the criteria of a grievance.    *1st Level*

The Jail Grievance Board will, within 15 days of receipt of the grievance, notify the inmate in writing of: the action taken, the reason for the particular action, what, if any, time limits apply to the action, what, if anything, needs to be done by the grieving inmate, or provide an interim response that the matter is being looked into.

If you are not satisfied with the decision of the Grievance Board, you have 3 days in which to appeal (in writing via the electronic grievance system) to the Jail Administrator (Assistant Chief Deputy). To do so you will need to:    *2nd Level*

1. Submit a written statement electronically on the kiosks in the appeal section, requesting appellate review of the decision together with a reference to the initial grievance dates , times and information.

2. Indicate the specific reasons the inmate believes the decision of the Grievance Board should be reversed, giving specific dates, times, names of those involved, and specific allegations.

The Assistant Chief Deputy will review the grievance and either confirm or deny it. If the Assistant Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 15 days of the initial written appeal.

If you are not satisfied with the decision of the Jail Administrator, you have 3 days in which to appeal (in writing) to the Chief Deputy. The Chief Deputy will review the grievance and either confirm or deny it. If the Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 20 days of the second written appeal.    *3rd Level*

The decision of the Chief Deputy is final in General Grievances.

In all cases the final response will be given within 60 days

---



*TO - Chief Caver*

*Handbook page # 11 left out!!*

*2nd Grievance filed*

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name: *Philly Ashdown*  SO# *48934*

Location: *Pod #11*  Date Submitted: *11/28/18*  *18G-1884*

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records.**

*There is too a 3rd level grievance! Check your pg #11 of the inmate hand book SIR.!! and your "Information Source" that says D.C.S.O. was invoiced $75.00 for my Knee immobilizers (BLACK Velcro knee/leg braces w/ metal bars in them) IS A FLAT OUT LIAR. THOSE MISSING (STOLEN) LOST Knee immobilizers w/ the metal bars in them were Billed TO ME in January at Presbyterian Hospital before I EVER LEFT THE HOSPITAL. I Then was sent to SELECT REHABILITATION HOSPITAL on 2/16/18 where I was given (B) my STUMP TUBES by Katie of alliance orthopedic & orthotics co. LLC - So your "D.C.S.O. Wasn't invoiced" for those either. Whoever is telling you these*

Inmate Signature: *P Ashd*  Page *1 of 4*

---

### GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW

Inmate Ashdown, Asst. Chief Deputy Caver has already answered your appeal appropriately based on the information we have obtained. Your appeal is denied and is administratively closed.

Chief Deputy Dewayne Dockery  11-29-2018  12:51pm

**DENIED**

*Exhausted!!!*

*(11)*

*Velco leg Braces w/ Bars in them*

# DENTON COUNTY DETENTION FACILITY

*Not my White CAST, "Slump tubes*

## INMATE GRIEVANCE FORM

Name _Philly ashdown_  SO # _48934_

Location _Pod # 11_  Date Submitted _11/21/18_  _186 - 1884_

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly and place in a** 'Grievance Envelope', seal and submit to Grievance Office. **Keep the goldenrod copy for your own records.** _Presbeterian Hospital_
_in Denton on I-35 & scripture st. The staff_
_there added it to my hospital bill and then_
_either (1) tell you what they costed me or (2)_
_get you another pair to bring to ME._
_I need those replaced because my knee muscles_
_are already falling back & I need them to keep_
_my muscles from sticking that way so I_
_can properly stand up strait when I do get my_
_prosthetics_
_your staff caused the loss of my BLACK, 3 Velcro_
_strapped neoprene, leg & knee braces and you_
_need to quit trying to get out of it" & MAN UP!!_
_and just get them replaced. Its not difficult!!_
_Call presbeterian Hospital & get me another pair_

Inmate Signature _P. Ashd_  Page _5 of 5_

---

### GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW

*"I do suggest you replace them or get sued for Theft",*
*right ??*

Inmate Ashdown, first of all, there is no 3rd level grievance with the DCSO. In summary, we have no knowledge of the location of your knee immobilizers that you were issued. They were invoiced to us at $75.65, not to you. Mr. Sheppard asserts they were a temporary bridge and their *FALSE* usefulness was superseded once you were provided with the Flo-Tech devices. Furthermore, the Flo-Tech devices are no longer necessary, according to Mr. Sheppard, and they were never intended to be ambulated in, and you have been instructed of this by Mr. Sheppard, John Kissinger and Dr. Buchanan). By your own admission, you continue to walk in the Flo-Tech tubes, which causes damage to them as a result. According to Mr. Sheppard, he has been in adequate communication with you. Mr. Sheppard has not been informed you have been awarded any grant for prosthetics. Mr. Sheppard also reports he sees no medical need to follow-up with you presently. Mr. Sheppard is willing to fit you for prosthetics if a grant were to be awarded. This issue is closed administratively. *False your staff Broke them*

Asst. Chief Deputy Barry Caver   11-28-2018   3:14pm

ORIGINAL (WHITE): FILE    COPIES  (INMATE FILE & RETURN    CANARY COPY  INMATE COPY    (REV 4/2/97)

(12)

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Phillip Ashdown_     SO # _48934_

Location _POD #11_     Date Submitted _11/10/18_     _18G-2087_

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. Fold neatly and place in a "Grievance Envelope", seal and submit to Grievance Office. Keep the goldenrod copy for your own records. _My 1st & 2nd levels of this grievance were done on the visitation kiosk but your crooked electronic system is blocking me from a 3rd level appeal so I am done using your unlawful electronic system to request relief. You are in violation of my 14th amendment rights to due process & equal protection and my 8th amendment right to be free of unlawful acts & abuse. Your officer was not "trying to help me" in any way so your 2nd level appeal answer to this grievance is completely ludicrous and unacceptable. 2nd her actions of giving me a 1 hour hunt restriction for something; OBA'd that MANY OTHER INMATES did but_

Inmate Signature _P. Ashd_     Page _1 of 2_

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

As per the Inmate Handbook, here is no 3rd level grievance. This is administratively closed.

Asst. Chief Deputy Barry Caver   11-14-2018   10:31am   _FALSE_

_SEE Page 11 of 23 in Inmate Handbook._

2nd level Denial of acess to courts / Law library
Complaint forms.

# DENTON COUNTY DETENTION FACILITY

TO: Jail Administrator **INMATE GRIEVANCE FORM** 1st amendment Violation

Name Phillip Ashdown          SO # 48934

Location Pod #11     Date Submitted 10/26/18    18G-2073

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. Fold neatly and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. Your first level grievence answer is wrong and is a blatent continual violation of my 1st amendment rights & 14th amendment rights to due process and unimpeded proper acess to the courts and proper readily available law library standards of acess to legal forms / grievence forms, in direct violation of Federal laws. Your law library is supposed to have readily available to us (any) legal form we may need when acting in PRO-se. A 42 U.S.C § 1983 Complaint form Is a Federal Grievence form. I should not Just as Mr Herndon also pointed out to you, have to "file a grievence" just to be able to Get a grievence form, that your

Inmate Signature P. Ashd          Page 1 of 2

---

GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW

This issue has been resolved. The forms have been located and printed out for you. The Form for the inmate trust will have to be done through the Comptroller.
10/29/18   Sgt. Cordell

RESOLVED

(14)

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Philly ashdown_    SO # _48934_

Location _Pod # 1_    Date Submitted _10/24/18_    186-1418,593 186-2013

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. _This is not fair for you to Not allow the Sheriff to hear my 4th Level. When I filed my original grievence there was a 4th Level sheriff level for resolution & your denying me my due process and obstructing justice by not telling Mr. Murphy Know what your staff has done Move my grievence to him._

Inmate Signature _P-ashd_    Page _1 of 1_

---

GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW

No answer ever given

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Phillip Ashdown_  SO # _48934_

Location _Pod # 11_  Date Submitted _10/6/18_   _186-1884_

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. During my intake on 2/28/18

I was wearing my black velcro leg/knee braces with the bars in them because w/out them my legs pull back which cause me to possabily not be able to walk in my prosthetics properly. So I have to have them for occasional use to train my muscle & tendons. I have had these braces on my person since I have been here in main jail medical pre-trial med seg # A-5-1-E Pod # 11. I came into Pod # 11 on 6/19/18 and after putting all my papers & stuff in my locker and my stump tubes next to my locker I had no room in my locker for my black velcro leg braces and was not allowed to put them and the leftover urination container next to my locker. I was told to have them put into my property and to notify property on the kiosk which I did on 6/19/18. The day I arrived in Pod # 11. On 6/20/18 I was

Inmate Signature _Ashd_   Page _1 of 5_

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

Never answered
By Medical or
D.C.S.O. Staff.

ANSWERED

ORIGINAL (WHITE): FILE    COPIES (INMATE FILE & RETURN    CANARY COPY INMATE COPY    (REV 4/2/97)

(16)

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Philly Ashdown_     SO # _48934_

Location _Pod #11_     Date Submitted _10/6/18_     _186-1884_

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. Fold neatly and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records.

_pair through Alliance orthotics and prosthetics company (who I and John Kissenger work with in regards to my prosthetics) care while here in your jail. It is not my doing that has caused this lost of my prosthetic leg braces w/ the bars in them. Do what is right, own up to your mistakes and obtain replacements for my missing property so my leg stop pulling backwards which is going to result in permanent harm to me soon. You lost my stuff now replace it. It's not my fault you don't keep video footage records (which your claims are gone in 7-30 days). This could have been avoided if Sgt. Gormley would have done his job._

Inmate Signature _P. Ash_     Page _5 of 5_

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

Inmate Ashdown, I have instructed my staff to search for your black leg braces. To this point in time, nobody can locate them or have any idea where they are. I have checked with John Kissinger in Medical and he states their records indicate the braces were no longer usable and should not have been used in the manner in which you were using them by walking on them. Nobody has stolen them from you. In research of your medical records, the doctor that first prescribed the braces as a temporary aide to be used for the first couple of weeks after your amputation. The doctors do not suggest they are needed or should be replaced. Your appeal is denied.

Asst Chief Barry Caver   10-09-2018   10:19am

ORIGINAL (WHITE): FILE     COPIES: INMATE FILE & RETURN     CANARY COPY: INMATE COPY     (REV 4/2/97)



<u>186-1884</u>

10/06/18

<u>Sworn affadavit</u>

This is the sworn affadavit of
Nathan Ellington #173763 and
I hereby verify that I was here
in Pod # 11 when Philly Ashdown
came into this pod for was here with
him while he was in Pod # 11 and seen
that he had both ① his Prosthetic tubes
and ② his black foam and Velcro leg
braces with the metal bars in them
that kept his legs strait.
He had no room in his locker for them
and property would not hold them for
him so he had to put them in a clear
trash bag with his name on it along
with a urination container and
store them in the Pod # 11 medical room
6/19/18 - 6/20/18 to 7-17-18.
This is where they were until he was
removed from Pod # 11 on 7-17-18.

Nathan Ellington 173763
10/06/18

⑱

10/6/18

## Sworn affadavit

This is the sworn affadavit of
Jose Martinez Salazar # 1211552 , and
I hereby verify that I was here in
Pod # 11 when Phillip Ashdown came
into this Pod with Both ① his prosthetic
tubes and ② his black foam and
Velcro leg braces with the metal
bars in them that kept his legs
strait.

He had no room in his locker for
them and property would not hold
them for him, so he had to put them
in a clear trash bag with his name
on it along with a urination
container and store them in the
Pod # 11 medical room. 6/19/18 - 6/20/18
This is where they sat until he
was removed from pod # 11 on 7-17-18.

Jose Martinez

10/ 06 /18

(19)

19G - 1884

10/06/18

## Sworn Affadavit

This is the Sworn affadavit of: Crishawn Barrett #206818 rand I hereby verify that I was in Pod # 11 where philly ashdown came into this pod with both his prosthetic tubes and □ his black foam and Velcro leg braces with the metal bars in them that kept his legs strait. He had no room in his locker for them and property would not hold them for him so he had to put them in a clear trash bag 6/19/18 with his name on it along with a urination container and store them in the Pod # 11 medical room. This is where they sat until he was removed from pod # 11 on 7-17-18.

X 

10 / 06 / 18

20

10/6/18.

ISG-1884

## Sworn affadavit

This is the sworn affadavit of
Santiago Sepulveda #212515, and
I hereby verify that I was here in
Pod #11 on 6/19/18 when Phillip Ashdown
came into this pod with both ① his
prosthetic tubes and ② his black
foam and velcro leg braces with the
metal bars in them that kept his
legs strait.
He had no room in his locker for
them and property would not hold
them for him so he had to put them
in a clear trash bag with his name
on it along with a urination
container and store them in the
Pod #11 medical room 6/19/18-6/20/18.
This is where they sat until he
was removed from pod #11 on 7-17-18

Santiago Sepulveda-Pina

10/06/18

(21)

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Philly Ashdown_       SO # _45934_

Location _Pod # 1_       Date Submitted _7-26-18 18G-1418_

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. _Since you want to continue to violate my pre-trial detainee rights by (1) using way too much intrusive force on me physical tangible in permanent physical injury to a disabled person then (2) obstructing justice for my by refusing to allow me to have a police report filled against the U.O.S that assaulted me and denying me my rights guaranteed to me by the 14th and 5th amendments to the Texas Constitution and more importantly the Federal U.S. Constitution I will move forward with my Federal 42 U.S.C. 1983 lawsuit and request from the Department of Justice, the mayor, the news stations, my local state representative, the attorney general & the V.A to turn this all upside down inside & out to show all ty corruption and abuse._

Inmate Signature _P. Ashd_       Page _1 of_

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

No answer ever given

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Phillip Ashdown_    SO # _45934_

Location _Pod # 1_    Date Submitted _7/30/18_    _IGG - 1431_

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. My rights to walk around the day room due to medical refusing to let me have shoes on my tubes and taking them away which is resulting in my tubes still being torn up as a violation of my constitutionally protected right to travel safely. Until I asked for a pair of shoes no one had a problem with me walking in my tubes in fact group D.O.S encouraged it. It have a God given right to fight for my ability to walk again and by taking my shoes, denying me shoes breaking my them/tube, and denying me the same right to walk around the day room (as in Pod # 11) like other people just because I have to do it behind my wheelchair is not legal. My 14th amendment.

Inmate Signature _P. Ashd_    Page _1 of 1_

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

The grievance board member assigned to your housing area indicates that medical stated you are not allowed to walk on the tubes 7/18/18 Sgt Cordell.

2nd Level response

Never answered abandoned By Medical & DCSO

ORIGINAL (WHITE) : FILE    COPIES : INMATE FILE & RETURN    CANARY COPY INMATE COPY    (REV 4/7/97)

23

7-22-18

2:10 p.n.

Corporal A. Martin, (after coming
to see me earlier and discussing
my grievence with me) came
and had photograpic evidence
taken showing my prosthetic
tubes and how they were
broken by D.C.S.O. staff on
7-17-18 in Unit #11 by D.O.
Boggs and Sgt Gourley due to
reckless mishandeling of them
due to failing to follow their
own policies and procedures.
resulting in their loss of their
qualified imunity pursuant
to the laws of color of authority

(24)

Resolved *By Cpl Martin* *My Copy*

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Phillip Ashdown_ SO # _48934_

Photos of broken tubes grievance

Location _Pod # 1_ Date Submitted _7-18-18_

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. My constitutional rights are being violated concerning my right to have due process and equal protection of evidentiary securement that I am to be guaranteed pursuant to the 14th and 5th Amendment of the U.S. and Texas Constitution.

My prosthetic thumb tubes were mishandled and broken by the D.C.S.O. Staff members of D.I. pods and Sat Gourley and it resulted in one being broken clean in half. I followed your policies and procedures by trying to notify Rank and I am continually told by Sgt Gourley, Corporal Lay and now Corporal Shultry.

Inmate Signature _Phillip Ashdown_ Page _1 of 3_

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

Resolved
Photos taken by
Cpl Martin in Pod #1
on 7/22/18.

11/15/18 as per Sgt Martin
Photos to be subpoenaed
By Marcus Et-Ahrens
for court.

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Phillip ashdown_  SO # _48934_

Location _Pod H-11_   Date Submitted _7-13-18_   ?

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. EVERY Morning others Walk around the day room and multi-purpose rooms in circle waiting for the yard to open and NO one ever says anything to them, but when I put my tubes on and try to walk all of a sudden its EXERCISE and am told to wait until the yard opens or Go outside. I am still Waiting for property to receive the orders from medical for blue slip on shoes + cane slit on the bottoms of my tubes so when I'm walking on the yard my tubes don't yet all tore up on bottom by the concrete and medical has done nothing to make that happen and it's been a while &. I have to

Inmate Signature _P ash___   Page _1_ Or _2_

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

Never Answered Abandoned By DCSO Medical &

26

*D.C.C H*

Denton County Correctional Health

Final
Grievence
Answers

A) resolved
B) Hindered
C) abandoned
D) denied by admin Fraud

1st, 9th, &
14th
Violations

Exhibit #2
(27)

## MEDICAL GRIEVANCES

All Jail Medical Grievances will be referred to the Jail Health Department Staff grievance board. The Jail Health Department Staff Grievance Board will determine whether the grievance meets the criteria of a grievance.

The Jail Health Department Staff Grievance Board will, within 15 days of receipt of the complaint by the Grievance Officer, notify the inmate in writing of: the action taken, the reason for the particular action, what, if any, time limits apply to the action, what, if anything, needs to be done by the complaining inmate, or provide an interim response that the matter is being looked into.

If you are not satisfied with the decision of the Jail Health Department Grievance Board, you have 3 days in which to appeal (in writing via the electronic grievance system) to the Chief Medical Officer. To do so you will need to:

1.  Submit a written statement electronically on the kiosks in the appeal section, requesting appellate review of the decision together with a reference to the initial grievance dates , times and information.

2.  Indicate the specific reasons the inmate believes the decision of the Jail Health Grievance Board should be reversed, giving specific dates, times, names of those involved, and specific allegations.

The Chief Medical Officer will review the grievance appeal and either confirm or deny it. If the Chief Medical Officer confirms the grievance appeal, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 15 days of the initial written appeal.

If you are not satisfied with the decision of the Chief Medical Officer, you have 3 days in which to appeal (in writing via the electronic grievance system) to the Health Director. The Health Director. will review the grievance appeal and either confirm or deny it. If the Health Director confirms the grievance appeal, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 20 days of the second written appeal.

The decision of the Health Director is final in Medical Grievances.

In all cases the final response will be given within 60 days



*2nd level deliberate indifference medical grievance*

*To: Health director*

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name *Philly Ashdown* SO # *48934*

Location *Pod 2+ 11* Date Submitted *10/26/18* *18G - 1968*

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. *Your Chief Medical officers ludicrous answers to my 2nd level grievance are, yes are completely without any merit. Your Dr. Buchannan has not at all used any "Clinical Reasoning" in the decisions hes chosen in my care plan. He has continually ignored my Numerous Pleadings and filings to be seen by him and continually shown deliberate indifference regarding my severe "KNOWN" chronic neurological disorder of Familial Progressive Spastic Paralysis that "REQUIRES" MEDICAL CARE to control the severe, unpredictable Chronic spastic shaking fits and Clonus Tremors that are caused by my disability and also has caused me to continually suffer undue and unnecessary wanton Pain & suffering B/ that deliberate indifference in clearly established Violation of my 5th and 14th amendment.*

Inmate Signature *P. Ashd* Page *1 of 5*

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

*No answer given*

*Hindered*

ORIGINAL (WHITE): FILE    COPIES : INMATE FILE & RETURN    CANARY COPY INMATE COPY    (REV 4/2/97)

29

*3rd Find / Grievance Level.*

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name __Phillip Ashdown__   SO # __48934__

Location __Pod #11__   Date Submitted __11/09/18__   *156-2047*

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. Fold neatly and place in a "Grievance Envelope", seal and submit to Grievance Officer. Keep the goldenrod copy for your own records.

*Complete refusal of help me clearly established by your blatant deliberate indifference to your oath to provide proper care to pre-trial detainees in your care and to my serious medical needs of prosthetically NECESSARY CARE and OBTAINMENT, AS REQUIRED BY LAW TO Prevent HARM. & This will exhaust my administrative remedies which will never be achieved because of your illegal & unconstitutional Medical Practices, Policies and Procedures & Customs. and will seal Remedy in the United States district Court.*

Inmate Signature __P. Ashd__   Page __3 of 3__

---

GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW

*3rd Level answer -*   REALLY?

I have reviewed this grievance from Mr. Ashdown concerning prosthesis fitting. I have also reviewed the electronic medical records in question. After consultation with D. Sanders and Dr. Buchanan, I concur that fittings are not medically necessary for procurement from Denton County. Mr. Ashdown has received thorough and exhaustive clinical care during his incarceration, negating claims of indifference. This grievance is determined to be without merit and is denied.

FALSE

Signed,
Matt Richardson, DrPH, MPH, FACHE
Director of Public Health                    Date: 11-27-18

ORIGINAL (WHITE): FILE    COPIES: INMATE, FILE & RETURN    CANARY COPY: INMATE COPY    (REV 4-2/97)

(30)

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Phillip Ashdown_     SO # _48934_

Location _Pod # 1_   Date Submitted _8/29/18_     08-30-18A06:57 ARNV

Case #18G-1723

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. Fold neatly and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. Your sophmore Dr. Buchanan has once again wrongly (and with intentional deliberate indifference) interfered with my effective pain mgmt regime and has idiotically cut off my (Tylenol) pain management medication under the guise of using baclofen (which is a muscle relaxer) that is supposed to as an alternative, be replacing my Flexeril muscle relaxer medication that I had to have to control the severe spastic shaking in my legs (Not my body pains) that he inhumanely cut me off off. and is trying to say "The had order us to replace the Tylenol" This stupid decision has caused me to be in severe unnecessary wanton infliction of pain (Because Baclofen does NOT stop body

Inmate Signature _F. Ashd_        Page _1 of 2_

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

Medical states that you have a physician directed care plan in place; your allegation of medical indifference is unfounded.
9/5/18    Sgt. Cordell

No Help

Medical Grievance Handled By Cordell

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Philly Ashdown_    SO # _48934_

Location _Pod #1_    Date Submitted _8/27/18_    08-27-18P02:23 RCVD

Case #18G-1730

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. Fold neatly and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. Your nurse Edgar is again causing deliberate indifference to my serious medical needs by not doing her job and submitting my tylenol refill request after I even was forced into a "sick call" that I was charged $12.00 for when I am only supposed to have to simply fill out the yellow sheet for "Medication refill at only a 5.00 charge on 8-22-18 and then after having me charged that $12.00 she didn't even submit one for the doctor so I did not get my medication for 5 days now and I had to go again to sick call (when I shouldn't have) for another $12.00) on Friday 8-24-18 in order to have someone actually submit one for the doctor to refill my meds. I want Nurse Edgar fired because this is

Inmate Signature _P-Ashd_    Page _1 of 2_

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

Medical states that your allegation of medical indifference regarding Medical Officer Edgar is categorically false. She documented your request for a medication refill on 8/22/18 and properly forwarded it for review and consideration in accordance with departmental policy.
9/5/18    Sgt. Cordell

*[handwritten annotations across form:]* NO She did NOT!.. "medical grievance Answered By Cordell

---

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name: Philly Ashdown          SO # 48934

Location: Pod # 1          Date Submitted: 7/28/18          18G-1494

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. I did not break my thumb tubes. Your incompetent staff members (L.T. Boggs and (2) Sgt Gourley) did so by their reckless mishandeling and I believe intentional damage was caused to try to hinder my ability to keep my H.G, leg & buttock muscles from atrophing because "Medical doesn't agree with me walking in my tubes". Which for the record has been encouraged to me by Dr. at Alliance, who the tubes came from. I did not damage that tube by walking in it and they were just fine all day on 7-17-18 when I walked in them in the morning (as well as the night before on 7-16-18) and when I took them off and placed them by my locker they were not damaged at all. I then went into the activity room to

Inmate Signature: P. Ashd          Page 1 of 2.

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

abandoned By Medical & DCSO NO answer given

33

*Level 3 Flexeril grievance*          *Health Director*

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Philly Ashdown_   SO # _48934_

Location _Pod #_   Date Submitted _7/28/18_  186-1290

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. Fold neatly and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. *The medical director is obviously not very knowledgeable then because my flexeril is necessary and has been the only thing that effectively controls my chronic severe spastic shaking that is caused by neurological disability of progressive SPASTIC paralysis that I have had since I was 8 yrs old and your doctor Buchannan's "moronic" "determination" he claims to have made through "Clinical reasoning" is a joke and is Deliberate Indifference to my serious medical needs to have this medication. Ever since your "Doctor" decided to ___ it to me by stating "He'd put it on and keep it on as P.R.N. then two days later ___ cut it off*

Inmate Signature _F. Ashd_   Page _1 of 2_

---

### GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW

I have reviewed your Grievance and request for appeal. My actions and investigation in this case have included: Review of your appeal and attached documentation. Discussion and case review with the Jail Health Administrator, and discussion and case review with Medical Director/ Health Authority. My determination is that you have received and are receiving appropriate and responsive care. The chief complaints are being evaluated and treated per medical director and physicians orders. Therefore, your Grievance appeal is denied and your course of care will continue as clinically indicates and appropriate.

8/1/18   Matt Richardson, DR PH, MPH  Health Director

*Rec'v'd 8/3/18 Exhausted due to abandonment & Late answer No Help*

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name _Phillip ashdown_ SO # _48934_

Location _Pod # 11_ Date Submitted _7-12-18_ _18 G - 1338_

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal and submit to Grievance Office. Keep the goldenrod copy for your own records. _Well the "Clinical reasoning" of the designated physician is a joke why is causing violations of your policy of not making an inmate suffer unnecessarry and wanton infliction of pain due to denial of proper and effective treatment of a serious neurological medical need unless than your policy is in fact, to harm us inmates in that case then to your policy would be fine but I know better also yes well and your deliberately indifferent Dr. Buchannan, and medical supervisor Jon Kissenger are violating my Constitutional rights under the 8th and 14th amendments to be free from cruel and_

Inmate Signature _P. ashd_ Page _1 of 2_

---

**GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW**

_abandoned by Medical Never answered as of 11/15/18_

(35)

*Emergency Medical Grievance*

# DENTON COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

Name *Phillip Ashdown*   SO # *48934*

Location *Pod #11*   Date Submitted *6/19/18*   06-20-18 A11:11 RCVD

Case #18G-1300

Refer to Inmate Resident Handbook for definition of grievance issues. State Right or Privilege violated as briefly and completely as possible. **Fold neatly** and place in a 'Grievance Envelope', seal, and submit to Grievance Office. Keep the goldenrod copy for your own records. *The medical pill Call nurse is strait lieing to you. He never announced himself tonight at P.M. med pill pass, nor did the ① officer announce my name and because of it I did not get any of my medication or my needed protein shakes that control my daily blood sugar drops. I was in the day room at a TV WAITING for med pass and never seen nor heard him announce a ① med pass. Or I was either in the shower at the time, but either way my name was never called. Please either take me down to medical to get my meds*

Inmate Signature *P. Ashdown*   Page 1 Or 2

---

### GRIEVANCE OFFICE USE ONLY - DO NOT WRITE IN SPACE BELOW

Medical states that this incident is being reviewed to determine if there is a breach of any operational policy regarding medication and disbursement; any such breach will be addressed with the staff members involved.

7/2/18   Sgt. Cordell

*Never addressed or answered on time. Per Inmate Handbook Admin Remedies exhausted. Per Policy. Per Medical*

Exhibit # 3

Kites
Written
to
Bank.

Exhibit # 3

(37)

*(handwritten at top margin, partially legible):* Chief Deputy Dockery
R.E. Refusal to abide by grievance Procedures.

---

**INMATE REQUEST FORM—GENERAL**   DENTON COUNTY JAIL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Philly Ashdown | 48934 | 11/15/18 | Pod #11 |

**Service Request (check below)**

_____ Classification

_____ Counselor/Programs

_____ Education Coordinator

_____ Jail Shift Supervisor

_____ Law Library

_____ Medical

_____ Religious Services

_____ Property

_____ Inmate Phone

_____ Commissary

✓ Other

Chief Deputy Dockery

**Print Request Here (completed by inmate)**

I asked you Sincerely, to please answer my grievance #18G-2109 properly that you waived up the answers to, and you are Blatantly thru failure to follow your own rules and regulations of grievance procedures outlined in the inmate handbook (See pg #11) flat out denying to answer my grievance thereby unlawfully Hindering my ability to, By Law "Exhaust my administrative remedies" so I will Present to the FEDERAL COURT in my 42 U.S.C. §1983 Lawsuit:

(1) You — in individual Capacity — as a New Named defendant for Violations of my due Process & equal Protections 14th U.S. & TX Const. amendment rights set alongside Chief Carver and TX Ranger Claire Barnes

and (2) Will Present to the Court the fact that exhaustion for grievance #'s 18G-2109, 18G-1418, 18G-1940 and 18G-7013 are all being denied Closure and hinderance resolves my exhaustion ability.

See you in Court!!!

**Action Taken**

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |

*(handwritten page number circled at bottom):* 38

*attn: Chief Deputy Dockery*
*RE: Refusal to abide by grievence Procedures.*

| INMATE REQUEST FORM—GENERAL | | | DENTON COUNTY JAIL |
|---|---|---|---|
| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
| Philly ashdawn | 48934 | 11/15/18 | Pod # 11 |

*HIS COPY*

| Service Request (check below) | Print Request Here (completed by inmate) |
|---|---|
| ___ Classification | *I asked you Sincerely to please answer my grievence #186-2109 properly that you messed up the answers to, and you are Blatantly thru failure to follow your own rules and regulations of grievence procedures outlined in the inmate handbook (see pg #11) flat out denying to answer my grievence thereby unlawfully hindering my ability to, Bylaw, "Exhaust my administrative remedies" so I will Present to the FEDERAL COURT in my 42 U.S.C.* |
| ___ Counselor/Programs | |
| ___ Education Coordinator | |
| ___ Jail Shift Supervisor | |
| ___ Law Library | |
| ___ Medical | |
| ___ Religious Services | |
| ___ Property | |
| ___ Inmate Phone | *§ 1983 Lawsuit:* |
| ___ Commissary | *① You - in individual capacity - as a New* |
| ✓ Other | *Named defendant for Violations of my due* |
| *Chief Deputy Dockery* | *process & equal Protections under U.S. & TX Const. amendment rights rt alongside* |

| Action Taken | *Chief Cavier and 4x Ranger Claire Barnes and ② Will Present to the Court the Fact that exhaustion for grievence #'s 186-2109, 196-1413, 186-1940 and BG7013 are all being denied closure and hinderance resolves my exhaustion ability. See you in Court.!!* |
|---|---|

**DENIED**

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| Chief Deputy Dewayne Dockery | 11-20-2018 | 11:03am |

*[handwritten top margin:]* RE: Refusal to abide by grievance procedures

## INMATE REQUEST FORM—GENERAL          DENTON COUNTY JAIL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Phillip Ashdown | 48934 | 11/15/18 | Pod # N |

**Service Request (check below)**

____ Classification
____ Counselor/Programs
____ Education Coordinator
____ Jail Shift Supervisor
____ Law Library
____ Medical
____ Religious Services
____ Property
____ Inmate Phone
____ Commissary
✓ Other

*[handwritten:]* Chief deputy Dockery

**Print Request Here** (completed by inmate)

I asked you, sincerely, to please answer my grievance # 18G-2109 properly (that you mixed up the answers to), and you are blatantly through failure to follow your own rules and regulations of grievance procedures outlined in the inmate Handbook (ssg #11) flat out denying to answer my grievances thereby unlawfully denying & hindering my ability to "Exhaust my Administrative remedies as required by Law" so I will present to the federal court 1) You as a New Named defendant in my 42 USC § 1983 lawsuit for violations of my civil rights rt along side of your Chief Carver and Tx Ranger Barnes. and 2) I will present to the court the fact Exhaustion was hindered for grievance #'s 18G-2109, 18G-1418, 18G-1940 and 18G 2013.

**Action Taken**

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |

*[handwritten:]* See you in Court!

*Attn: Chief Deputy Dockery/Jail administrator*

*His Copy*

| INMATE REQUEST FORM—GENERAL | | DENTON COUNTY JAIL | |
|---|---|---|---|
| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
| Phillip Ashburn | 48934 | 11/14/18 | Pod #11 |

**Service Request (check below)**

____ Classification
____ Counselor/Programs
____ Education Coordinator
____ Jail Shift Supervisor
____ Law Library
____ Medical
____ Religious Services
____ Property
____ Inmate Phone
____ Commissary
✓ Other

**Print Request Here (completed by inmate)**

Chief Dockery I sent a grievence 2nd level (Grievence #18 (G-2109) about official oppression from a Pod #11 officer's unprofessional conduct to Jail administrator on 11/10/18 and you put the incorrect answer on it about a completly different grieved matter of denial of my 14th amendment right to equal protection regarding denial of your agency to allow me to file an assault report of my own on grievence

Jail Administrator #18G-1418 - 18G-1940 - 18G-2013.

**Action Taken**

Please re-answer my grievence #18G-2109 with the proper ~~answer then I'll ~~~ answer you'll mark for that grievence so I can exhaust. (18G-2109)

Thank you.

**DENIED**

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| Chief Deputy Dewayne Dockery | 11-15-2018 | 1:04pm |



DCSO Jail 3 14 15

*Attn: Chief Kaver*

## INMATE REQUEST FORM—GENERAL    DENTON COUNTY JAIL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| *Phillip Ashdown* | 48934 | 11/6/18 | Pod #11 |

**Service Request (check below)**

_____ Classification

_____ Counselor/Programs

_____ Education Coordinator

_____ Jail Shift Supervisor

_____ Law Library

_____ Medical

_____ Religious Services

_____ Property

_____ Inmate Phone

_____ Commissary

__✓__ Other

*Chief Kaver -*

**Print Request Here (completed by inmate)**

I need you to Please as you previously offered to do, have a Texas Ranger come see me, as to have him take a Police report for me as to uphold my rights to Equal Protection guaranteed by the 14th amendment I have no way to reach them Thank you

**Action Taken**

Inmate Ashdown, Texas Ranger Clair Barnes asked me to tell you he has looked at video and all reports regarding your allegations. He has decided there is no merit to your claim, therefore, he is closing this case

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| Asst. Chief Deputy Barry Caver | 11-08-2018 | 4:40pm |

DCSO Jail 3-14-15

*Attn. Chief Caver*

| INMATE REQUEST FORM—GENERAL | | DENTON COUNTY JAIL | |
|---|---|---|---|
| INMATE'S NAME *Phillip Ashdown* | SO # 48934 | TIME/DATE 11/00/18 | LOCATION *Pod # 11* |

| Service Request (check below) | Print Request Here (completed by inmate) |
|---|---|
| ____Classification<br>____Counselor/Programs<br>____Education Coordinator<br>____Jail Shift Supervisor<br>____Law Library<br>____Medical<br>____Religious Services<br>____Property<br>____Inmate Phone<br>____Commissary<br>✓ Other<br>*Chief Caver -* | I need you to Please as you previously offered to do, have a Texas Ranger come see me, as to have him take a Police report for me as to uphold my rights to Equal Protection guaranteed by the 14th amendment. I have no way to reach them. Thank you. |

**Action Taken**

Inmate Ashdown, as per your request above, I have contacted Texas Ranger Clair Barnes. I sent him an email on Tuesday, Nov. 6, 2018, at 3:49pm, making him aware of your request. He stated he would attempt to make contact with you on Thursday, after he testifies in court an another case.

| Signature of Officer Taking Action<br>Asst. Chief Deputy Barry Caver | Date Action Taken<br>11-07-2018 | Time<br>8:07am |
|---|---|---|

43

my
copy

| INMATE REQUEST FORM—GENERAL | | DENTON COUNTY JAIL | |
|---|---|---|---|
| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
| Phillip Ashdown | 48934 | Pod #1 | 8/28/18 |

**Service Request (check below)**

_____ Classification

_____ Counselor/Programs

_____ Education Coordinator

_____ Jail Shift Supervisor

_____ Law Library

_____ Medical

_____ Religious Services

_____ Property

_____ Inmate Phone

_____ Commissary

✓ Other

**Print Request Here (completed by inmate)**

Would you please answer my grievance # 18G-1418 4th level that's filed to you on 7/26/18 because the 10 day time limit for your answer is overdue and I need to finish exhausting administrative remedies and complete the grievance process so I can move forward with my lawsuit against you and your staff. Thank you

**Action Taken**

Never answered

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |

44

Attn: Classification Head Please # (ref)

MY
copy
of
kite

## INMATE REQUEST FORM---GENERAL

### DENTON COUNTY JAIL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Phillip Ashdown | 48934 | 8/19/18 | P.T. Med # A |

**Service Request (check below)**

____ Classification

____ Counselor/Programs

____ Education Coordinator

____ Jail Shift Supervisor

____ Law Library

____ Medical

____ Religious Services

____ Property

____ Inmate Phone

____ Commissary

✓ Other Sheriff

Tracy Murphy

**Print Request Here (completed by inmate)**

Dear Sheriff murphy, Can you please finish responding to my 4th level grievance # 186-1418 that I filed to you on 7-26-18 regarding denial of my constitutional rights by your staff so I may proceed forward with my lawsuit against you & your staff. I have to finish the grievance process. Thank you.

Your 10 day time limit (per your own rules) is up on 8/9/18. Please stop hindering my grievance process.

**Action Taken**

Never answered

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |

DCSO Jail 3-14-15

(45)

Kiosk for answer request on 8/28/18.

*Atten: Inmate Records dept*

Sent
out
on
7/13/18

| INMATE REQUEST FORM—GENERAL | | DENTON COUNTY JAIL | |
|---|---|---|---|
| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
| Phillip Ashdown | 48934 | 7/13/18 | Pod #11 |

**Service Request (check below)**

☑ Medical
☐ Property
☐ Other

**Print Request Here** (completed by inmate)

I need to know, for my lawsuit against Denton County correctional health, what nurse was on duty on 3/3/18 on your daytime shift medical department (New medical area). Please provide me that persons name for she is a defendant in my lawsuit for failure to treat my injuries.

**Action Taken**

Thank you

There are too many medical officers. You need to give more information for us to answer this

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | 7/16/18 | |

46

| INMATE REQUEST FORM—GENERAL | | DENTON COUNTY JAIL | |
|---|---|---|---|
| INMATE'S NAME Phillip Ashdown | SO # 48934 | TIME/DATE 7-12-18 | LOCATION Pod # 11 |

| Service Request (check below) | Print Request Here (completed by inmate) |
|---|---|
| ✓ Medical<br>___ Property<br>___ Other | Please provide me with the address and phone # for Denton County Correctional Health as so I may serve my lawsuit upon the Medical department defendants.<br><br>Thank you. |

**Action Taken**

This request is not related to your health care. Please request from your attorney or your pod Officer

| Signature of Officer Taking Action | Date Action Taken 7-16-18 | Time |
|---|---|---|

DCSO Jail 3-14-15

47

*(handwritten note across top margin, illegible)*

## INMATE REQUEST FORM—GENERAL — DENTON COUNTY JAIL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Phillip ashdown | 48934 | 6/25/18 | Pod # 11 |

**Service Request (check below)**

____ Classification
____ Counselor/Programs
____ Education Coordinator
____ Jail Shift Supervisor
____ Law Library
____ Medical
____ Religious Services
____ Property
____ Inmate Phone
____ Commissary
✓ Other LT. alambar
& Chief Kaver

**Print Request Here (completed by inmate)**

I am respectfully requesting that you both please come down to pod # 11 and together and talk with me regarding the incident on 3/?/18 involving your D.O. officers (specifically Ethan Keith) and myself at a cell move before things get really out of control. due to failing to communicate thank you. I need an internal investigation done & believe we can resolve this matter.

**Action Taken**

*(illegible handwriting over darkened/redacted area)*

**Signature of Officer Taking Action**

48

Exhibit #4

Letters written
to agencies
to get help in
upholding my 1st,
8th & 14th amendment
U.S. Const. rights

Exhibit #4

_Jail Staff_

Texas Rangers        Sent Letter ✓✓
820 N. Loop 288           2 x's
Denton, TX 76209
(940) 484-6660

Fox 4 News  ✓✓ Sent Letter 2x's
KDFW Fox4 Investigations (iTeam)
400 N. Griffin St.
Dallas, TX 75202        Shaun Rabb
(214) 720-3375          Clarice Tinsley
(800) 677-5339          Shannon Murray
iteam@FoxTV.com         Allison Harris

Visitation Jail # (940) 349-6500

_Denton Record Chronicle_
3555 Duchess dr. ✓✓ sent
Denton, TX 76205        Letter 2 x's

WFAA Ch 8 News ✓✓ sent Letter
606 young st                  2 x's
Dallas, TX 75202
(214) 748-9631

Ch 5 News  Sent Letter ✓✓
Scott freidman  P.O. Box 1780 Fort Worth TX,
800-232-KXAS  (50)            76101

DOJ - Dept of Justice
950 Pennsylvania Ave N.W.
Washington D.C. 20530.

United States Court office of the Clerk
333 Constitution Ave N.W.
Washington D.C. 20001

Cochran Law firm (Bryant - James)
3400 Carlisle st suite 550
Dallas TX, 75204

F.B.I. Public corruptions division

one Justice Way    √√ sent Letter
   Dallas TX, 75220

   (972) 559-5000


D.C.S.O. Sherriff's office investigations division
Michael tutt - captn       Have texts
S.gt oats -


Contact NBC5    √√ sent letter
4805 Amon Carter Blvd
Fort Worth TX, 76155
(800) 232 - KXAS

Denton Record Chronicle    √√ sent
                                 Letter
3555 Duchess Dr
Denton TX, 76205


Fox 4 News √√
Shawn Raab, clarise tinsley,
allison, Harris and. Dan Goodwin.
                   √√ sent Letter
400 N. Griffin St Dallas TX, 75202.   ⑤

Dear NBC Ch 5, Investigative Reporters
Attention ; Scott Friedman, Katy Blakley, and
John Russell, & Larry Collins
    My name is Philly B. Ashdown and I
am writing you to Please obtain your
assistance in getting help in recieving
Justice for the undue assault
against me on 03/02/2018 here at
the Denton County Jail by detention
officers ① Ethan Keith, ② Corporal Curly,
③ Corporal Niksits and ④ another D.O.
named Gothwald.
    I am a bi-lateral amputee disabled
person who has just recently Jan/Feb
of 2018 had both of my feet & ½ my
calfs amputated due to frostbite at
Christmas time and am in a
wheelchair now.
    When I turned myself in to the Jail,
willingly, on 2/28/8 for some accusations
of debit card abuse I still had the staples
and stitches in my residual limbs and
due to the extreme pain I was constantly
in I could barely move but had good
balance.
    I was being re-housed from the "Tower"
due to me breaking a window in the
glass cell I was in while still detoxing
off of several prescribed drugs, including the

50

76264618

10/18/18 ①

Dear Fox 4,
    attention: Dan Goodwin, Allison
Harris, and Clarise tinsley.
    My name is Phillip B. Ashdown
and I am writing you to please
obtain your assistance in getting
help in recieving justice for
the assault against me on
3/2/18 here at Denton County
Jail by detention officers Ethan
Keith, Corporal Curly, Corporal Miksita,
and another detention officer named
Gothwald.
    I am a disabled person who has
just recently (In February) had
both of my feet amputated due to
frostbite at Christmas time and
am in a wheelchair now.
    When I turned myself in to the
Jail willingly, on 2/28/18 for some
accusations of debit card abuse
I still had the staples and stitches
in my residual limbs and due to
the extreme pain I was constantly
in I could barely move.
    I was being re-housed from the
"Tower", due to me breaking a window
in the cell I was in while detoxing
off of several drugs, including the

(53)

Dear Channel 8,
    Attention                    , and Investig-
ations division, please help
    My name is Phillip B. Ashdown
and I am writing you to PLEASE
obtain your assistance in getting
help in recieving Justice for the
Assault against me on 3/2/18
here at Denton county Jail by
detention officers ① Ethan Keith,
② corporal Curly ③ Corporal Miksits,
an another detention officer named
Gothwald
    I am a disabled person who has
just recently (in February) had
both of my feet amputated due to
frostbite at Christmas time and am
in a wheelchair now.
    When I turned myself in to the jail
willingly on 2/28/18 for some accusations
of debit card abuse I still had the
staples and stitches in my residual
limbs and due to the extreme pain
I was constantly in I could barely
move.
    I was being re-housed from the
"Tower", due to me-breaking a
window in the cell I was in while
detoxing off of several drugs, including the

�554㊵

Norco 10's I was prescribed by
my doctors at Presbetarian hospital
and Select Rehabilitation hospital
here in denton, when I was
ripped out of my wheelchair
by several officers and slammed
face first on the floor which
resulted in my chin being
split wide open and my right
eardrum partially ruptured
to the point my entire shirt was
soaked with blood all down the
front and right side where I
was severely bleeding out of
my mouth, chin, and right ear,
and nose".!!!
* All just because as I was being
pushed hurriedly, out the cell, I
yelled for them to stop, and stopped
my wheelchair to make sure that
they did not forget my residual
limb protection tube at the end
of the bed, that was unseen.
This assault against me by not
one, but several, officers was extreme
and unnecessary excessive force
that resulted in permanent Physical

(55)

* There is full video of this in-house taken

injury to a freshly amputated
disabled person, In a Wheelchair!.
I have worked over these last 6
months to obtain help by the D.C.S.O.
① Internal affairs dept, ② Corporals, ③ Sgt's,
④ LT. Alambar, ⑤ Chief Kaver, and ⑥
have even written the Sheriff himself,
Tracy Murphy, and have even filed
grievances, and submitted Texts on
their Kiosk for help,* only to NOT
recieve any response back at all
from, the Sheriff himself, hinderance
by the Jail staff, cover up, lies, and
ridiculous responses by LT. Alambar,
grievances, and Chief Kaver.
I have even called my attorney friend
and requested advice and told to get
the Texas Rangers involved, which
I wrote a letter to on. 7-26-18
as well as the D.A. Paul Johnson, and
have recieved absolutely no help at
all to help me ⓐ file my own
police/sheriff report for the assault
against me by D.C.S.O. staff and ⓑ
have formal charges filed against
those that were totally unwarranted
in this assault against me by the

(56)    * I have all these records if needed.

(4)

extreme excessive force used on
a person in a wheelchair.
They say in all their "Reports" that
they used "appropriate force" but the
maximum force needed to com-
pletely subdue me would have
only simply pin my arms down
to the armrests on the wheel-
chair and I would have been
completely imobilized (I have
NO feet and only 1/2 of my
calves left.....
        And I? am being charged
a *3rd degree felony for "spitting"
on ethan Keith at medical where
they refused to treat me.", medically.!
*(See Case # F18-1053-211)
    The Ranking officials have allowed
"Their own" Ethan Keith D.O., to have
a D.C.S.O. patrol officer to come in
off the street and take & fill his
own police report against me (Report
Included), Which is full of lies, espec-
ially the part saying "I fell out of
my wheelchair".), but yet I am
being denied my 14th amendment
constitutional right to Equal

(5)

* Indictment included in this letter

protection of all the laws, and have been denied my right to have a patrol officer come in and take a report for ME about the severe physical assault upon me by D.C.S.O. staff, (that had caused me scarring and permanent partial hearing loss in my right ear wherefore my jawbone was hit upon the floor so hard that it damaged my eardrum and ear canal and Now I can barely hear out of my right ear), due to their use of extreme excessive force used upon a bi-lateral amputee in a wheelchair. Where is the justice for ME?!!!

Please help me get this story aired on Fox 4 so the whole D.F.W. area knows about the corruptive practices here at D.C.S.O. Jail in Denton, TX so ① this does not EVER happen to someone ever again (especially the disabled here who are already abused enough by the medical dept here already), ②

and so I may get help for myself

(56)

In getting the Texas Rangers and
the Denton county D.A. to come
Ⓐ take a police report for me and
to Ⓑ have the D.A. to prosecute those
officers that did this to me....
PLEASE HELP ME!!!
    I have even written the local
F.B.I. public corruptions division
(letters enclosed), (D.A.), and (Tx Rangers)
to get help and have NOT received
any help at all.

    Please help me obtain Justice
for the unlawful assault
against me.

            Thank you.

    Please come Visit me at
Denton County Jail.

            Thank you.

Philly B. Ashdown #48934
D.C.S.O. Jail (Pre-trial medical # A)
127 N. Woodrow Ln
Denton, TX 76205.

CAUSE NO. F10 - DENTON COUNTY TEXAS
FILED
2018 APR 30 PM 3: 11
SHERRI ADELSTEIN
DISTRICT CLERK

BY _____

TRN: 9260033268 / A001

BOND: $5,000.00

PID NO. 33654

DEFENDANT: PHILLIP ASHDOWN    SID: TX 06780499    W/M 03/28/1970

CHARGE: HARASSMENT BY PERSONS IN CERTAIN CORRECTIONAL FACILITIES

ART: NONE    SEC: 22.11    CODE: PENAL

CO-DEFENDANT: NONE    WARRANT NO: 18-564981-1

WITNESS: J.COATS    CONTROL NO: 18-03823

## TRUE BILL OF INDICTMENT

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

THE GRAND JURORS, in and for the County of Denton, State of Texas, duly organized, impaneled, and sworn as such, at the January Term, A.D., 2018, of the District Court of the 16th Judicial District in and for said county and state, upon their oaths, present in and to said Court that PHILLIP ASHDOWN, who is hereinafter styled defendant, on or about the 2nd day of March, 2018 and anterior to the presentment of this Indictment, in the county and state aforesaid, did then and there, while imprisoned or confined in the Denton County Jail, a correctional or detention facility, and with intent to assault, harass, or alarm, cause Ethan Keith to contact the blood or saliva of the defendant;

against the peace and dignity of the State.

PAUL JOHNSON
CRIMINAL DISTRICT ATTORNEY OF
DENTON COUNTY, TEXAS

Foreman of the Grand Jury



## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

Before me, the undersigned authority, on this day, personally appeared the undersigned affiant who, after being by my duly sworn on oath deposes and says that: ASHDOWN, PHILLIP B.  W/M 03/28/70, hereinafter styled defendant on or about 03/03/2018 and before the making and filing of this complaint, in the County of Denton of the State of Texas, did then and there commit the act of HARASSMENT OF PUBLIC SERVANT.

Affiant is Deputy Deputy Joshua D. Vest # 4357, who is a certified peace officer of the Denton County Sheriff's Office, and is currently participating in the investigation of this case. Affiant's probable cause for the above belief is based on the following facts and sources of said facts:

I, Deputy Deputy Joshua D. Vest # 4357, A Deputy, assigned to the Patrol Division, with the Denton County Sheriff's Office, state that On 03/03/2018, Deputy J. Vest was dispatched to an assault report at the Denton County Jail. Upon arrival I met and spoke with the victim Detention Officer Ethan Keith. Officer Keith was wearing his destinct uniform. Officer Keith advised he was assisting with rehousing the defendant. The defendant had broken a window in his cell and had to be moved from that cell. The defendant was being unruly and uncontrollable. The defendant gave orders that he did not comply with. The defendant was warned of being tased at one point. The defendant fell out of his wheelchair during the incident. The defendant was injured and blamed the officers for his injuries. Officer Keith assist other officers with getting the defendant back into his wheelchair and to medical to be evaluated. While the defendant was being evaluated he turned to Officer Keith and spit in his face. Officer Keith advised the saliva contained blood. A spit mask was placed on the defendant. The defendant was placed on the bed in Pre-Trial Medical Cell A.

The defendant with the intent to assault, harass, or alarm, while being confined in Denton County Jail, by causing Officer Keith, who was wearing a destinct uniform, contact with blood and saliva, while Officer Keith was lawfully discharging offical duty.

Wherefore, premises considered, the Affiant respectfully requests that a warrant issued for the arrest of ASHDOWN, PHILLIP B.  W/M 03/28/70   to answer for the ☐misdemeanor/ ☒felony offense of HARASSMENT OF PUBLIC SERVANT___ in accordance with the laws in the State of Texas.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.

AFFIANT

SWORN TO AND SUBSCRIBED BEFORE on this 8 day of March ,20 18

PEACE OFFICER: Notary

MAGISTRATE
DENTON COUNTY, TEXAS

JEFFEREY KYLE BRANNON
Notary Public ·
STATE OF TEXAS
Commission Exp. FEB. 04, 2019

## MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE

On this the 3 day of March 2018 , the undersigned Magistrate hereby acknowledges that said Magistrate has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused of the offense set out therein.

MAGISTRATE

8/16/18

①

Dear Paul Johnson,

I, Phillip B. Ashdown, am respect-
fully writing to you, The Head
of the D.A.'s office, requesting for
Justice to be found for ME, for
the unlawful assault against
me, a disabled (bi-lateral amputee)
person in a wheelchair, on 3/2/18
by detention officers Gothwald,
Keith, Miksite, and Curly, as well as
the nurse in medical who failed to
treat me.

My chin was completely split open
and my eardrum was partially rup-
tured after those officers ripped me
out of my wheelchair using extreme
excessive force when all I did
was stop my wheelchair to tell
them that I needed my other
residual limb stump tube (I was
recently amputated that February
and still had the staples and
stitches in my stumps when I
turned myself in on 2/28/18
for unrelated charges I am
accused of). When I stopped

62



my wheelchair, as they were hurriedly trying to push me out the cell I was ~~Ripped out of~~ my wheelchair, I did ~~not~~ "fall out of" it. I was then slammed on the floor without cause, (all they had to do to secure me was pin my arms to my chair), Face 1st landing on my chest and face (because my arms were held by an officer each) resulting in my face hitting the floor so hard that my chin was split open and I was bleeding excessively from both my mouth, chin, and my right ear so much that my shirt was soaked in blood. I was then taken down to the medical dept where the D.O. that was filming all this just said "He is refusing care" which I did ~~not do~~" I just cussed them I was then taken to Pre-trial medical # A cell and thrown on the bed where my ~~still split~~ open chin

(63)

(3)

slid over the edge of the mattress.
I was left there, hidden for months
there and in 5-1-E until my
wounds were scabbed over/healed
  I have not since then been
able to properly hear out of
my right ear which has destroyed
my Perfect Pitch I relied on
as a professional musician.
  I am respectfully requesting
that formal charges be filed
against all four defendants and
the medical nurse who failed
to help me when I needed emergency
medical care. Those defendants
are: Detention officers ① Ethan Keith
② Corporal Miksits, ③ Corporal Curly ④
and Detention officer Gothwald.
  I have been denied my constitutional
rights to not only due process but
the Denton County Sheriff's office is
refusing me any help in allowing
me to have a patrol officer to
come in and take a police report
for the excessive force assault on 3/2/18

(64)

against me, but yet they allowed
one to be taken for "their people".
I have tried to go up through
the chain of command to get
this report filed so I may pro-
duce it to you as so to have
<u>Justice met for me</u>." I have
been denied, lied to, hindered, and
even have written letters to the
Sheriff himself, the Texas Rangers,
and even the F.B.I. public corruptions
division. I have also kept full
documentation and have requested
and recieved all texts sent to all
departments showing proof of <u>denial
of my rights, hinderance, obstruction
of justice</u>, and <u>cover up</u>. I am
respectfully requesting that you
please help me, a tax paying citizen
of Denton County, to recieve the
Justice I deserve, and that you
so oplat of upholding so dearly
and have formal state jail felony
charges for ① assault by excessive
force against a disabled person

(65)

⑤

and ② Injury to a disabled
person (TX Penal Code 22.04) and
③ official oppression charges as
well against D.C.S.O. Chief Kaver,
and Sheriff Tracy Murphy and
LT. Alambar as well (TX Penal
code 39.03).
    I am trying to avoid having
to file a civil rights 42 U.S.C. 51983
lawsuit and have Federal Marshalls
come in and take control of your
corrupt county jail but I will
if I don't have my constitutional
rights upheld and protection and Justice
are given to me, but I will. and I will
win. I have kept every document, paper,
even called for outside attorney advice
and I am prepared to even get the
media involved in this in order
to recieve the Justice I deserve.
    Please help me get a formal Police
report filed and charges filed against
those that have caused me this
permanent Physical Injury &
Scars.  ⑥⑥  Thank you. Philly B. Ashdown
                                    # 248934

Dear Texas Rangers Investigations dept,
My name is Philly B. Ashdown and I need you to come see me at the Denton County Jail (Pod #1) & Help me. I was told by my private attorney Jason Jacoby, to contact you in regards to the obstruction of justice and denial of my 14th amendment rights to equal protection to have my own police report filed for the excessive force assault against me by D.C.S.O. jail staff on 3-2-18 (by the way I am a freshly amputated bi-lateral foot amputee) which resulted in my chin being split open, my eardrum partially ruptured, & my back & my neck hurt, but yet they allowed one of "their" officers to file a report, submit it to the D.A. and have a 3rd degree felony filed against ME!", and Nothing is happening to them, though, really?
Please help me!
I need the Texas Rangers to come into this jail and make sure that ① my rights to due process and equal protection are upheld by having an officer take a report for ME, Just as Ethan Keith was allowed

⑥⑦

to do) and ② expose the acts of
obstruction of justice by all the
C.I.D, corporals, Sgts, etc.... and
③ help me as an abused pre-trial
detainee amputee get justice for
the crimes that have occured
against ME by helping me to
get charges filed for Injury to
a disabled person (Penal code § 22.04
② (3) ) against ① Ethan Keith D.O. ② corporal
curly-female, ③ corporal Mijksitz, ④ D.O. Gothwald
because these crooked officers did
NOT have any justification to use the
amount of excessive force that they
used on me being a bi-lateral trans-
tibial amputee with Staples still in my
risidual limbs. All they had to do
was pin my arms down onto my
wheelchair and I would have been
COMPLETELY incapable of ANY type
of resistance.
            Please come help me
        and take my report.
        Thank you.
        Phillip B. Ashdown.
            68

7-13-18
①

Dear F.B.I. Public corruptions dept,
I, Philly B. Ashdown, am requesting
your help in stopping the corruptive
actions that I am being made
to suffer at the hands of the
Denton County sheriff's office
jail personell.
  I was assoulted by detention
officers on 3-3-18 which was a
result of their excessive force
used against me during a re-
house while I was still in a
wheelchair with the staples still
in my legs after my fresh
amputation of both my feet,
which resulted in my being
ripped out of my wheelchair
slommed onto the floor face
first which resulted in unnecessary
permanent physical injury of my
chin being split open and my
eardrum partially ruptured.
  I asked the D.C.S.O. investigations
division to have a patrol officer
come take a policy report for
me as so I could request from

(69)

the Denton county D.A's office that assault charges could be filed against the Detention officers (just as officer Ethan Keith was allowed to do to file charges of harrasment against me), but I was refused. I have a 14th amendment right to due process AND equal protection and by law am entitled to be allowed to file my own Police report as well.

Please help me by opening an investigation on this matter and help me to get an officer (Patrol) from D.C.S.O. to file my report for me.

Thank you.

Phillip Ashdown



Exhibit #5

Deliberate
        Indifference

Log record.

Exhibit #5

(79)

RE: Wheelchair Gloves

## INMATE REQUEST FORM—GENERAL          DENTON COUNTY JAIL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Philip Ashdown | 48934 | 11/10/18 | Pod # 11 |

**Service Request (check below)**

___ Classification
___ Counselor/Programs
___ Education Coordinator
___ Jail Shift Supervisor
___ Law Library
✓ Medical
___ Religious Services
___ Property
___ Inmate Phone
___ Commissary
✓ Other

Dr. Bousman

**Print Request Here** (completed by inmate)

I have waited 2 weeks now for the gloves you said you & John would order for me to stop hand & finger Bone Pain but still have not gotten them. Your nurses just keep telling me "I don't have any for me ordered." Please order my gloves or just give me mine out of my property to use as we discussed

**Action Taken**

you need to write to property to request your gloves.

Property told me I can't have any gloves out of my property

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |

DCSO Jail 3-14-15



PRIMARY REQUEST FORM (GENERAL)

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Philly ashdown. | 48934 | 10/26/18 | Pod #11 |

| Service Request (check below) | Print Request Here (completed by inmate) |
|---|---|
| ____ Classification | I spoke with Chaplain Callender today and he said he can not do any phone calls except when a death occurs in the family & directed me to talk with Captain Rich. Can you please ask (as I will also) if he can help me to reach alan. Thank you. |

Service Request (check below):

____ Classification
____ Counselor/Programs
___ Education Coordinator
____ Jail Shift Supervisor
____ Law Library
✓ Medical
____ Religious Services
____ Property
____ Inmate Phone
____ Commissary
✓ Other  attn:

John Kissenger

**Action Taken**

This is not a medical issue.

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| OM | 10/28/18 | 1302 hrs |

73

*At [illegible] Kulhanan [illegible] it my drug because over*

*Then copy*

# INMATE REQUEST FOR — GENERAL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Phillip Ashdown | 48934 | 9/12/18 | Pod # N |

**Service Request (check below)**

- ___ Classification
- ___ Counselor/Programs
- ___ Education Coordinator
- ___ Jail Shift Supervisor
- ___ Law Library
- ✓ Medical
- ___ Religious Services
- ___ Property
- ___ Inmate Phone
- ___ Commissary
- ___ Other

**Print Request Here** (completed by inmate)

I have on open order Cody + Dr gave me for a 2nd Blanket for Leg elevation & someone has cancelled it? & I still have to have the 2nd blanket due to ongoing stump throbbing and blood flow issues causing pain. Please have Dr. Butonger re-instate my 2nd blanket order until I leave D.C.S.O. for ① leg elevation needs and ② winter warmth on laundry nites to prevent spastic shaking as I always also have had before. Thank you.

**Action Taken**

Your 2nd Blanket order has not been stopped according to chart review. Attached is a copy of Blanket order.

*yes it has been stopped*

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| K Edgar LVN | 9-14-18 | |

(74)

# INMATE REQUEST FORM--GENERAL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Phillip Ashdown | 48934 | 9/12/18 | Pod # 11 |

**Service Request (check below)**

___ Classification

___ Counselor/Programs

___ Education Coordinator

___ Jail Shift Supervisor

___ Law Library

✓ Medical

___ Religious Services

___ Property

___ Inmate Phone

___ Commissary

___ Other

**Print Request Here** (completed by inmate)

I have an open order Cody & Dr gave me for a 2nd blanket for ① leg elevation & someone has cancelled it? I still have to have the 2nd blanket due to ongoing stump throbbing and blood flow issues causing pain. Please have Dr Byarsman re-instate my 2nd blanket order until I leave D.C.S.O. for ① Leg elevation needs and ② winter warmth on Laundry nites to prevent spastic shaking as I always also have had before Thank you.

**Action Taken**

Never answered. Refer to grievence # 160-2207

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |

DCSO Jail 3-14-15

*Ashdown, Philip Bryan*
*Medical*

MY
Copy.

## INMATE REQUEST FORM—GENERAL     DENTON COUNTY JAIL

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Philip Ashdown | 48934 | 8/28/18 | Pod #1 |

**Service Request (check below)**

____ Classification
____ Counselor/Programs
____ Education Coordinator
____ Jail Shift Supervisor
____ Law Library
✓ Medical
____ Religious Services
____ Property
____ Inmate Phone
____ Commissary
____ Other

**Print Request Here (completed by inmate)**

Would you please finish answering my grievence #19G-1338, 2nd Level I filed to you on 7-12-18 & so I can finish exhausting my administrative remedies and complete the grievence process & so I may be able to proceed forward w/ my Lawsuit against you. Thank you.
Your 10 days are far from over With—

**Action Taken**

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |



RE: Grievence #186-1339

MY copy

INMATE REQUEST FORM

| INMATE NAME | Philly ashdown | 48934 | 8/23/18 | I.T. Med #A |

**Service Request (check below)**

_____ Classification

_____ Counselor/Programs

_____ Education Coordinator

_____ Jail Shift Supervisor

_____ Law Library

✓ Medical

_____ Religious Services

_____ Property

_____ Inmate Phone

_____ Commissary

_____ Other

**Print Request Here (completed by inmate)**

Would you please finish answering my medical grievence #186-1338 that I filed on 7-12-18 you have not returned it to me yet & your "10 Day" time limit is up (per your own rules) and I need to finish the grievence process. Thank you.

**Action Taken**

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |

DCSO Jail 3-14-15



my
copy

| INMATE NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Phillip Ashdown | 48934 | 8/17/18 | P. T. Med #A |

**Service Request (check below)**

_____ Classification

_____ Counselor/Programs

_____ Education Coordinator

_____ Jail Shift Supervisor

_____ Law Library

_____ Medical

_____ Religious Services

_____ Property

_____ Inmate Phone

_____ Commissary

✓ Other

*Grievance board*

**Print Request Here (completed by inmate)**

Would you please respond to my 2nd level grievance #18G-1494 that I filed on 7/29/18 because your 10 day time limit (per your own handbook rules) is up and I need to finish the grievance process to file suit. Thank you.

**Action Taken**

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
|  |  |  |

*My copy*

| INMATE'S NAME | SO # | TIME/DATE | LOCATION |
|---|---|---|---|
| Phillip Ashdown | 48934 | 8/17/18 | P.T. Med #A |

BENTON COUNTY JAIL

**Service Request (check below)**

___ Classification
___ Counselor/Programs
___ Education Coordinator
___ Jail Shift Supervisor
___ Law Library
___ Medical
___ Religious Services
___ Property
___ Inmate Phone
___ Commissary
✓ Other

*Grievence board*

**Print Request Here. (completed by inmate)**

Would you please answer my Grievence # FBG-1431 that I filed my 2nd Level to on 7/26/18. Your 10 day time limit (Per your own handbook rules) is up and I need to finish the grievence process.

Thank you.

**Action Taken**

Never answered

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | | |

DCSO Jail 3-14-15

59

| INMATE REQUEST FORM—GENERAL | | DENTON COUNTY JAIL | |
|---|---|---|---|
| **INMATE'S NAME** Phillip Ashdown | **SO #** 48934 | **TIME/DATE** 7/19/18 | **LOCATION** Pod #1 |

**Service Request (check below)**

_____ Classification
_____ Counselor/Programs
_____ Education Coordinator
_____ Jail Shift Supervisor
_____ Law Library
_____ Medical
_____ Religious Services
_____ Property
_____ Inmate Phone
_____ Commissary
✓ Other Sgt
W. Graham

**Print Request Here (completed by inmate)**

I don't know where your getting your information regarding "Photos were taken of my Tubes while I was being removed from pod #1" but that is NOT TRUE because I got wheeled out of pod #1 with my tubes in my mattress covers on my lap, so please would you get a camera and come take some evidentiary photos of my broken tubes for evidence records Pursuant to U.S. const amend 14th. Thank you—

**Action Taken**

DENIED. AS STATED BEFORE, PHOTOGRAPHS HAVE ALREADY BEEN TAKEN. THE PHOTOGRAPHS WERE TAKEN ON 7/17/18, BY CPL. DEMERY, AND ATTACHED TO A JAIL INCIDENT REPORT.

False!!

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| J.C. Bramhall #318 | 7/19/18 | 2125 Hours |



| INMATE REQUEST FORM—GENERAL | | DENTON COUNTY JAIL | |
|---|---|---|---|
| INMATE'S NAME *Phillip Ashdown* | SO # *48934* | TIME/DATE *7-18-18* | LOCATION *Pod #1* |

| Service Request (check below) | Print Request Here (completed by inmate) |
|---|---|
| ____ Classification<br>____ Counselor/Programs<br>____ Education Coordinator<br>____ Jail Shift Supervisor<br>____ Law Library<br>____ Medical<br>____ Religious Services<br>____ Property<br>____ Inmate Phone<br>____ Commissary<br>✓ Other<br><br>*Sgt W. Grahm* | *I am being denied my rights to evidentiary documents (photos) and proper replacement of my personal medical device that was damaged by D.C.S.O. Staff due to reckless and improper handeling by both Sgt Gourley, Corporal Rays and now Corporal Shulter. I am requesting that you please have someone come to pod #1 w/ a camera and take pictures of my damaged tubes for use of Subpoena Later. Thank you.* |

**Action Taken**

PHOTOGRAPH'S WERE TAKEN WHEN YOU WERE REMOVED FROM THE POD.

*False!!*

| Signature of Officer Taking Action | Date Action Taken | Time |
|---|---|---|
| | 7/19/18 | 1455 Hours |



Deliberate
Indifference

Case Precidence

Exhibit #6
(82)

8th & 14th amendment

## Serious Medical Need

Farmer V. Brennan 114 S. Ct 1970

"Serious medical need is defined as a condition that is interfering with a persons activity of daily living that is chronic and painful and acute and continually requires medically & effectively to be treated by medical help and medication

Scalia V. County of Kern 2018 WL 1726616

"The test for determining deliberate indifference of a jail or prison official to a pre-trial detainee's or prisoner's serious medical needs, in violation of the 8th or 14th amendment, is in 2 parts: 1st, a plaintiff must show a serious medical need (Neurological disability resulting in Chronic & acute uncontrollable spastic shaking treated by Flexeril) by demonstrating that failure to treat a prisoner's condition could result in further significant injury (if left untreated), or the unnecessary and Wanton infliction of Pain, and 2nd must show that the defendants response to the need was deliberately indifferent

(83)

<u>Infliction of unnecessary suffering</u>

<u>Estelle V. Gamble 975. Ct 285</u>

"Infliction of unnecessary suffering on prisoner or pre-trial detainee by failure to treat his medical needs is inconsistent with contemporary standards of decency and violates the 8th & 14th amendments"

<u>Farmer V. Brennan 114 S. Ct 1970</u>

<u>Gregg V. Georgia supra at 173 96 S. Ct at 2925</u>

"We therefore conclude that deliberate indifference to serious medical needs of prisoners constitutes the "Unnecessary and Wanton infliction of pain proscribed by the 8th Amendment";

This is true whether the indifference is manifested by jail or prison doctors in their <u>ineffective</u> response to the prisoner's needs, or by jail or prison staff in intentionally denying or delaying access to <u>EFFCTIVE</u> medical care, or Intentionally interfering with the treatment previously (once) prescribed; Regardless of how evidenced, deliberate indifference to a prisoner's <u>serious illness or injury states a cause of action under 42 USC § 1983</u>"

(84)

## Failure to treat
Estelle v. Gamble 97 S.Ct 285

"Infliction of unnecessary suffering on prisoner or pre-trial detainee by FAiLURE TO EFFECTIVELY treat his medical needs is inconsistent with contemporary standards of decency and violates the 8th amendment"

## Failure to provide previously prescribed medication
White v. Napoleon 897 F. 2d 103

"an 8th amendment claim does exist when a doctor arbitrarily and maliciously and recklessly interferes with effective modalities of treatment previously prescribed by other physicians, including specialists, even though these modalities of treatment have proven to be satisfactory in aleviating and treating a serious condition or serious medical need effectively especially when patient states that doctors "alternative treatment" is not at all effective and is resulting in unnecessary & wanton infliction of pain due to doctors Deliberate indifference to Patients Serious medical Need.

(85)

# Excessive Force
## Case Law Precedence

Exhibit #7

(86)

# Excessive Force

Farmer V. Brennan 114 S. Ct 1970

"Under 8th amendment, jail/prison officials may not use excessive physical force against prisoners or pre-trial detainees and are required to provide humane conditions of confinement, ensuring that inmates recieve adequate Food, clothing, shelter, And medical care, [And must take reasonable measures to Guarantee Safety of inmates]

"Prison/Jail officials "Deliberate Indifference" to substantial risk of SER'OUS HARM to an inmate Violates Eighth Amendment"

"A Jail or prison official May be held liable under the 8th amendment for acting with "deliberate indifference" to inmate health or safety if he knows that inmate faces a substantial risk of SER'OUS HARM and disregards that risk by failing to take reasonable measures to abate it"

"To violate the cruel and unusual

punishments clause, a jail or
prison official must have a
"sufficiently culpable state of mind".
(111 S.Ct at 2326).

Hudson V. McMillian 503 U.S. at 6, 112 S.Ct at 998
"an 8th Amendment Claim exists
when it is shown that jail/prison
officials applied force "Maliciously"
for the very purpose of causing harm
and knew that harm would occur"
or as the court also #836 put it, that
officials used force with "a knowing
willingness that harm occur" (id at
7, 112 S.Ct at 999)
Springfield V. Kibbe 107 S.Ct 1114
"It is indeed fair to say that acting
or failing to act with deliberate
indifference to a substantial risk
of serious harm to a prisoner/detainee
is the equivilent of recklessly dis-
regarding that risk".

*with long.*

*level*
*basic, intermediate*
*& advanced.*

## Excessive Force

YOTAES 705, 1003 How is physical abuse defined.

(a) Physical abuse is defined as any knowing, reckless, or intentional act of or failure to act, including unreason-able confinement, corporal punishment, inappropriate or excessive force, which caused physical injury, death, or emotional harm.

Excessive Force is proven by:

① City of San Antonio v. Dunn 796 S.W. 2d 258 Significant injury resulting directly and only from the use of force, excessive to the need, An excessive-ness of force was objectively unrea-sonable

also, Temporary loss of use is sufficient to establish "significant injury" element of an excessive force claim

② 4th Amendment standard of objective reasonableness must be used 109 S. Ct. 1096 104 L. Ed. 2d at 450 " Can only use enough force to get a person under custody and restraint... The amount of force used had

not been warranted, especially
since ① 4 detention officers were present
and easily could have subdued my arms
and had complete control over me
while I was still in my wheelchair.
② evidence was also sufficient to show
that defendants knew that their mis-
treatment of me was unlawful.
(Ryser v. State 453 S.W. 3d 17)
③ Use of Excessive force or deadly force
to seize a disabled/amputee is in violation
of the persons constitutional rights unless
the officer had True probable cause to
believe that the detainee posed a threat
of serious physical harm. (U.S.C.A. Const
amendment 4)(Escobar v. Harris
County 442 S.W. 3d 621) It is a matter of
objective reasonableness, not subjective
belief.
☆☆ ④ Officers may only use the amount of
force that is necessarry to effect the
purpose of the stop/control or to
overcome force used against the
officer (Hereford v. State 339 S.W. 3d 111)
See also Tx Dept of Public safety v. Petta
"Taking care that the force used is
commensurate with the necessity"
(90)

30,000 for humiliation
13,000 for deliberate indifference to serious
medical needs = $113,000

⑤ The evidence is sufficient that the
injury was significant, as was due
solely to Alonzo's objectively unreason-
able use of excessive force.

⑥ Pursuant to Black V. State 96 TX Crim 56
"one upon whom an officer made
an unprovoked attack had a right
to fight back in defense of oneself"

⑦ County employees were aware of facts
from which an inference of an
excessive risk to the prisoner's safety
could be drawn, and that the employee
actually drew an inference that such
potential for harm existed, and that
County employees acted with subjective
deliberate indifference and that the
County can be held liable for this
episodic act or omission either by
proof of ① failure to train or supervise
or ② intentional or malicious deliberate
Indifference to a serious medical Need.
(Rocha V. Potter County 4195.W.3d371)

Exhibit # 8

Official

oppression

Statutory Law § 39.03
(STATE)

&

FEDERAL OPPRESSION.
STATUTORY LAW.

26 U.S.C.A § 7214

Exhibit #8

(92)

# Official Oppression

## § 3903

(2) a public servant acting under
color of his/her office or employ-
ment commits an offense if he:
(1) Intentionally subjects another
   to mistreatment that he knows
is unlawful
(3) Intentionally subjects another
to denial or impedement of the
exercise or enjoyment of any
right, privilege, power, knowing
his/her conduct is unlawful
   — CLASS A MISDEMEANOR —

\* Criminal Charge \*
(STATE)

(93)

Class A misdemeanor

§ 37.09 Tampering w/ physical evidence

To Kill Summary Judgement
City of Harlingen v. Vega 951 S.W. 2d 25,
"Police officers failed to establish, as a
matter of Law, that they acted in
objectively reasonable manner
when arresting civil rights
claimant, as required for entitlement
to qualified immunity from § 1983
claim involving use of excessive
force in connection w/ arrest,
officers made conclusory state-
ments that they had applied only
minimal and necessary force,
while claimant gave detailed account
of arrest, alleging conduct which
would be objectively unreasonable
if True. (Const amend 4th, 5th, 14th)

TX Constitution art 1 § 9
Seizures can't be unlawful
art 1.06 TX Crim Pro art 1.06.

TX Const art 1 § 19
deprivation of privileges shall not
be done to no citizen except by due
course of the law of the land.

97

Exhibit # 9

Culpable
Mental
State

Case Law &
Statutory Law

Exhibit #9
(93)

TX Penal Code § 6.03 Definitions of culpable mental states

(D) "A Person acts w/ criminal negligence, or is criminally negligent, with respect to circumstances surrounding his conduct or the result of his conduct when he ought to be aware of a substantial and unjustifiable risk that the circumstances exist or the result will occur. The risk must be of such a nature and degree that the failure to perceive it constitutes a gross deviation from the standard of care that an ordinary person would exercise under all the circumstances as viewed from the actors standpoint"

## Intentional Conduct

(2) "A person acts intentionally, or with intent, with respect to the nature of his conduct or to a result of his conduct when it is his conscious objective or desire to engage in the conduct or cause the result"

TX Penal Code 6.01

## Voluntary act or omission

(a) "A person commits an offense only if he Voluntarily engages in conduct, including an act, an omission, or possession"

(B) "Possession is a voluntary act if the possessor knowingly obtains or recieves the thing possessed or is aware of his control of the thing for a sufficient time to permit him to terminate his control"

(C) "A person who omits to perform an act does not commit an offense unless a law as defined by Section 1.07 provides that the omission is an offense or otherwise provides that he has a duty to perform the act"

Exhibit #10

Government & Municipality

Liability
Case
Law

Exhibit #10

98

# Governmental Liability

(A) _Brazoria county v. Radtke 566 S.W. 2d 326_

"County was liable in damages for injuries or death proximately caused by negligent acts of deputy sheriff/employees of county under Tort claims act on theory that sheriff is officer of governmental unit who has legal right to control tasks of his employee, even though county itself has no right to control actions of deputy sheriff.

(B) _Cameron County v Ortega 291 S.W.3d 495_

"Negligence claim against county asserting that sheriff's officer breached "Duty of Care" when they applied excessive force (arises out of same set of facts pleaded for plaintiff's claim of bodily injury and offensive contact) which were elements of assault, battery, or any other intentional tort, and, thus fit within exception in Tort claims act causing County & officers to Lose their protection due to violations of plaintiff's constitutional rights," thus <u>Waiving</u> Sovereign immunity

(See also _Lytle v. Bexar County 543 F.Supp.2d 663_

(99)

C) *Downey V. Denton County, Texas* 119 F. 3d 381
"County was found Negligent in failing
to prevent the assault in violation of 8th
and 14th constitutional amendments"

D) "Claim under T.T.C.A. does arise both
① out of assailants intentional tort and
② from co-workers (co defendants) negligence and
③ co-employee (co-defendants) negligence was cause in
fact also of assault and assault was foreseeable

E) *V.T.C.A. Civil Practice and Remedies code* §101.057(2)
"County was liable to jail inmate under
T.T.C.A for assault committed in jail by
County employee because assault was possible
because of ① assailant's intentional tort and Co-
employee's-co-defendants negligence and
failure to stop assault and failure to
prevent assault

F) *Rhenark V Shaw* 477 F Supp 897 (1979)
"County itself may be liable for such
actions and constitutional violations by
its employees if execution of county
government policy or custom inflicts
the injury"

(100)

*Government Liability*

(G) <u>Graham v. Connor</u> 490 U.S. 386, 395 (1989)
"To overcome the defense of qualified immunity, Plaintiff must show ① an injury ② that resulted from the use of force that was clearly excessive to the need, and ③ the excessiveness of which was objectively unreasonable"
See also <u>Rockwell v. Brown</u> 664 F. 3d 985 (2001)

"This resulted as well from Improper training on the Use of Force Continuum, and use of force options available to an officer", especially since plaintiff was in a wheelchair

(H) <u>Tarver v. City of Edna</u> 410 F. 3d 745, 750 (2005)
"Found that defendant's official conduct violated <u>clearly established statutory or/and constitutional rights</u>(of which a reasonable person would have known and whether the allegedly violated constitutional rights were clearly established at the time of the incident) and if so whether the conduct of the defendants was objectively un-reasonable in light of that then clearly established Law

(101)

"Clearly established" means that the contours of the right must be suffic- iently clear that a reasonable official would understand that what he is doing (ripping a bi-lateral newly ampu- tated disabled person from a wheel chair and slamming them face down on the floor) violates that 8th & 14th amendment right to be free of excessive force and cruel and unusual punish- ment. (See Anderson 483 U.S. at 640, and Mully 475 U.S. at 344)

"The Supreme Court has stated that "all but the plainly incompetent or those who knowingly violate the law" are protected by qualified immunity"

(I) Thompson V. upshur County TX 245 F.3d 447 "all victim/plaintiff has to do is he must have it determined that he had an alleged violation of clearly established Federal constitutional or federal statutory right against him by defendants if so court must then assess whether defendants conduct was objectively reasonable in light of clearly established law which a reasonable person would

(102)

have known" (See Malley V. Briggs 475
U.S.

## Municipalities

## Monell v. Dept of social Services of N.Y
436 U.S. 658, 98 S.Ct 2018.

## Deliberate Indifference
Estelle v. Gamble 197 S.Ct 285

42 U.S.C § 1983
28 U.S.C. § 1915(b)(2)

(104)

